# United States Bankruptcy Court

Eastern District Of New York
271 Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800

---

IN RE:   CASE NO: 1−11−46691−jbr

Paul Grafman                Marina Grafman

Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.:   CHAPTER: 7

xxx−xx−6276                 xxx−xx−1587

DEBTOR(s)

---

## NOTICE OF AUTOMATIC DISMISSAL OF CASE

## UNDER BANKRUPTCY CODE § 521 (i)(1)


1) This case was filed on August 2, 2011 with deficiencies.

2) A Notice of Deficiency Filing was sent on August 2, 2011 informing the debtor(s), among other things, that there were outstanding statements, schedules and/or lists to be filed or the case may be subject to automatic dismissal under § 521(i)(1) of the Bankruptcy Code.

3) A Final Notice of Section 521 Deficiencies was sent on September 2, 2011 notifying the debtor(s) that certain documents remained outstanding and in the absence of those documents being filed, the case would be dismissed under § 521(i)(1) of the Bankruptcy Code.

4) As of this date, some or all of the required documents have not been filed with the Clerk of the Court.

Under § 521(i)(1), the above captioned case is dismissed effective on the 46th day after the date of the filing of the petition.


Dated: September 19, 2011


For the Court, Robert A. Gavin, Jr., Clerk of Court


**BLnod521.jsp** [Notice of Dismissal rev.2/8/06]